An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

AKENATEN BLUEHORSE,
Petitioner,
vs.
RENO JUSTICE COURT,
Respondent.

No. 67121

**FILED**

FEB 11 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a petition for a writ of habeas corpus. Petitioner seeks an order directing his immediate release because the justice court failed to conduct a timely probable cause hearing. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. The documents before this court indicate that petitioner is represented by counsel in the proceedings below and he should proceed by and through his counsel. Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-04587

cc: Akenaten Bluehorse
Attorney General/Carson City
Reno Justice Clerk